# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MONTGOMERY COUNTY COMMON PLEAS COURT JUVENILE DIVISION, INC., *et al.*, | : : : | Case No. 3:24-cv-33 |
| | : | |
| Plaintiffs, | : : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| vs. | : : | |
| AFFAN BEY, | : : | |
| Defendant. | : : | |

---

## DEFICIENCY ORDER

---

This matter is before the Court on the Motion for Leave to Proceed *in forma pauperis* filed by Defendant Affan Bey ("Bey"). (Doc. #1). In the affidavit in support of her Motion, Bey only provided her address and phone number. *Id.* at 2-3. She responded "N/A" to every other question. *Id.* Defendant did not provide her employment status; income; cash on hand/money in accounts; ownership of any valuable property such as real estate, stocks, bonds, notes, or automobiles; or expenses.

In *Adkins v. E.I. DuPont de Nemours & Co., Inc.*, the Supreme Court, set forth the legal standard applicable to a motion to proceed *in forma pauperis*. 335 U.S. 331 (1948). An affidavit of poverty is sufficient if it reflects that the party cannot pay the Court's filing fee without depriving herself of the "necessities of life." *Id.* at 339 (internal quotation marks omitted). Although the party need not be totally destitute in order to proceed *in forma pauperis*, paying the filing fee must be more than a mere hardship. *See Foster v. Cuyahoga Dep't of Health & Human Servs.*, 21 F. App'x 239, 240 (6th Cir. 2001) (noting that "the question is whether the court costs can be paid without undue hardship"). Consequently, unless it is clear that the one-time payment

of the Court's filing fee will render the party unable to provide for herself and her dependents, the Court cannot grant her *in forma pauperis* status. *See Adkins*, 335 U.S. at 339.

Based on the information Bey has provided thus far, it is unclear whether paying the one-time filing fee of $405.00 would impose an undue hardship upon her. Accordingly, Bey is **ORDERED** to submit a supplemental affidavit in support of her Motion on or before **March 11, 2024**. In the affidavit, Bey must explain why the one-time payment of the Court's filing fee will render Bey unable to provide for herself and her dependents. Bey's affidavit must be accompanied by the following statement above her signature: "I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on (date)." 28 U.S.C. § 1746(1).

**IT IS SO ORDERED.**

February 9, 2024                                         s/Peter B. Silvain, Jr.
                                                        Peter B. Silvain, Jr.
                                                        United States Magistrate Judge

2