UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MONTGOMERY COUNTY COMMON PLEAS COURT JUVENILE DIVISION, INC. *et al.*, | : : : : | Case No. 3:24-cv-33 |
| Plaintiffs, | : : | District Judge Thomas M. Rose<br>Magistrate Judge Peter B. Silvain, Jr. |
| vs. | : : | |
| AFFAN BEY, | : : | |
| Defendant. | : : | |

# ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. NO. 7)

This case is currently before the Court on the Report and Recommendation ("Report") (Doc. No. 7) issued by Magistrate Judge Peter B. Silvain, Jr.  In the Report, Magistrate Judge Silvain recommends that Defendant's Motion for Leave to Proceed *in forma pauperis* (Doc. No. 1) be denied and that Defendant be ordered to pay the Court's $405.00 filing fee within 30 days of any order adopting the Report.  (Doc. No. 7 at PageID 61.)

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case.  Noting that no objections to Magistrate Judge Silvain's Report have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendation.

It is therefore **ORDERED** that:

1. Defendant's Motion for Leave to Proceed *in forma pauperis* (Doc. No. 1) is **DENIED**; and

2. Defendant shall pay the $405.00 filing fee within **30 days** of this Decision and Entry; and

3.     Defendant is placed on **NOTICE** that if she fails to timely pay the full filing fee, this case may be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962).

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, May 8, 2024.

                                                s/Thomas M. Rose

                                        _____
                                          THOMAS M. ROSE
                                    UNITED STATES DISTRICT JUDGE